Richard Kellner, CA Bar No. 171416
rlk@kellnerlaw.com
KELLNER LAW GROUP PC
315 S. Beverly Dr., Ste 504
Beverly Hills, CA  90212-4316
Telephone: 310-780-6759
Facsimile: 310-277-0635

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
* admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chad Rocke, et al., | **Case No. 8:23-cv-00098-CJC-KES** |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| Allianz Asset Management of America LLC, et al., | **Hon. Cormac J. Carney** |
| Defendants. | |

Plaintiffs Chad Rocke, Christopher Collins, and Emily Liu ("Plaintiffs"), individually and as representatives of the Class and Defendants Allianz Asset Management of America LLC, Investment Committee of the Allianz Asset Management of America 401(k) Savings and Retirement Plan ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby submit the following Joint Status Report:

1. On May 18, 2023, the Court granted the Parties' joint motion to stay this matter for 60 days in order for the Parties to exchange documents and engage in potential settlement negotiations. ECF No. 50.

2. The Parties are happy to report that they have reached an agreement-in-principle to resolve this matter on a class-wide basis, and respectfully request that the Court set a deadline of August 18, 2023, for Plaintiffs to file a motion for preliminary approval of the settlement pursuant to Fed. R. Civ. P. 23(e). This deadline will give the Parties time to negotiate and draft a comprehensive Class Action Settlement Agreement and for Plaintiffs' counsel to prepare the necessary motion papers.

3. The Parties respectfully submit that good cause exists for this request and that it is not intended to delay or unnecessarily prolong the resolution in this matter.

Respectfully submitted,

Dated: July 17, 2023

/s/ Brock J. Specht
Paul J. Lukas, MN Bar No. 22084X*
Brock J. Specht, MN Bar No. 0388343*
Benjamin J. Bauer, MN Bar No. 0398853*
* admitted pro hac vice
**NICHOLS KASTER, PLLP**
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200

/s/ William J. Delany
William J. Delany*
wdelany@groom.com
David N. Levine*
dlevine@groom.com
Hannah M. Stephens*
hstephens@groom.com
* admitted pro hac vice
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Telephone: (202) 857-0620

| | |
|---|---|
| Facsimile: 612-338-4878<br>lukas@nka.com<br>bspecht@nka.com<br>bbauer@nka.com<br><br>**KELLNER LAW GROUP PC**<br>Richard L. Kellner, CA Bar No. 171416<br>315 Beverly Dr., Ste 504<br>Beverly Hills, CA  90212-4316<br>Telephone: 310-780-6759<br>Facsimile: 310-277-0635<br>rlk@kellnerlaw.com<br><br>*Attorneys for Plaintiffs* | Fax: (202) 659-4503<br><br>Brent J. North (S.B.N. 186249)<br>bnorth@north-nash.com<br>**NORTH & NASH, A PROFESSIONAL LAW CORPORATION**<br>5000 Birch Street, Suite 505<br>Newport Beach, CA 92660<br>Tel: (949) 752-2219<br>Fax: (949) 752-2230<br><br>*Attorneys for Defendants* |

## **Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 17, 2023              /s/ Brock J. Specht