**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chad Rocke, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Allianz Asset Management of America LLC, et al., <br><br> Defendants. | Case No. 8:23-cv-00098-CJC-KES <br><br> **ORDER ESTABLISHING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL** |

## ORDER

Plaintiffs Chad Rocke, Christopher Collins, and Emily Liu ("Plaintiffs"), individually and as representatives of the Class and Defendants Allianz Asset Management of America LLC, Investment Committee of the Allianz Asset Management of America 401(k) Savings and Retirement Plan ("Defendants") (collectively, the "Parties"), have filed a joint status report indicating that the Parties have reached an agreement-in-principle to resolve this matter on a class-wide basis. ECF No. 51.

The Parties have requested that the Court set a deadline of August 18, 2023, for Plaintiffs to file a motion for preliminary approval of the settlement pursuant to Fed. R. Civ. P. 23(e).

Having considered the Parties' request, and to allow the Parties time to draft a Class Action Settlement Agreement and the necessary motion papers, IT IS ORDERED, that on or before August 18, 2023, Plaintiffs will file a motion for preliminary approval of the settlement pursuant to Fed. R. Civ. P. 23 e .

Dated: July 18, 2023

Honorable Cormac J. Carney
United States District Judge