Richard Kellner, CA Bar No. 171416
rlk@kellnerlaw.com
KELLNER LAW GROUP PC
315 S. Beverly Dr., Ste 504
Beverly Hills, CA 90212-4316
Telephone: 310-780-6759
Facsimile: 310-277-0635

Paul J. Lukas, MN Bar No. 22084X*
lukas@nka.com
Brock J. Specht, MN Bar No. 0388343*
bspecht@nka.com
Benjamin J. Bauer, MN Bar No. 0398853*
bbauer@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
* admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chad Rocke, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Allianz Asset Management of America LLC, et al.,<br><br>Defendants. | **Case No. 8:23-cv-00098-CJC-KES**<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  March 11, 2024<br>Time:  1:30 p.m.<br>Courtroom:  9B<br>Judge:  Hon. Cormac J. Carney |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 11, 2024 at 1:30 p.m., before the Honorable Cormac J. Carney, United States District Judge, in Courtroom 9B of the Ronald Reagan Federal Building and Courthouse located at 411 West Fourth Street, Santa Ana, California, 9270, Plaintiffs Chad Rocke, Christopher Collins, and Emily Liu (collectively, "Plaintiffs") as representatives of the Settlement Class and on behalf of the Allianz Asset Management of America 401(k) Savings and Retirement Plan, will and hereby do move, pursuant to Federal Rule of Civil Procedure 23(e) for an order granting final approval of the Parties' proposed Class Action Settlement Agreement (*ECF No. 54-3*).

This motion is made based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Brock Specht and Jeffrey Mitchell and exhibits thereto, the previously filed declarations of the Class Representatives, *ECF Nos. 54-7-54-12*, and Class Counsel, *ECF Nos. 54-2, 59-2*, the Settlement Agreement, the Court's Preliminary Approval Order, *ECF No. 55*, and all other files, records, and proceedings in this matter.

Counsel for Plaintiffs have conferred with counsel for Defendants on February 26, 2024, regarding this motion pursuant to Local Rule 7-3, and have been advised that Defendants do not oppose the motion.

Dated: February 26, 2024

**NICHOLS KASTER, PLLP**

By: /s/ Brock J. Specht

Paul J. Lukas, MN Bar No. 22084X*
Brock J. Specht, MN Bar No. 0388343*
Benjamin J. Bauer, MN Bar No. 0398853*
* admitted *pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
bspecht@nka.com

bbauer@nka.com

**KELLNER LAW GROUP PC**
Richard L. Kellner, CA Bar No. 171416
315 Beverly Dr., Ste 504
Beverly Hills, CA 90212-4316
Telephone: 310-780-6759
Facsimile: 310-277-0635
rlk@kellnerlaw.com

ATTORNEYS FOR PLAINTIFFS

-2-
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT